NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXELTIS USA, INC., LABORATORIOS LEON FARMA, S.A., CHEMO IBERICA, S.A., CHEMO RESEARCH, S.L.,**
*Plaintiffs-Appellees*

**v.**

**LUPIN LTD., LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellants*

---

2025-1239

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00434-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before LOURIE, PROST, and CHEN, *Circuit Judges.*

PER CURIAM.

### O R D E R

The parties notify the court that they have executed a settlement agreement resolving all claims and move at ECF Nos. 23 and 24 for dismissal of this appeal and

2                                    EXELTIS USA, INC. v. LUPIN LTD.

remand to the district court to amend the judgment consistent with its August 29, 2025 indicative ruling.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motions are granted to the extent that the appeal is remanded to the district court to rule on the parties' motion to amend the final judgment, which this court leaves to the district court.  *See Ohio Willow Wood Co. v. Thermo-Ply, Inc.*, 629 F.3d 1374, 1375 (Fed. Cir. 2011).

(2)  The parties shall bear their own costs.

FOR THE COURT

September 29, 2025
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: September 29, 2025